JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI SCARBORO,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID HUNT and KEVIN MOORE,<br><br>   Defendants. | Case No. CV 13-3260 DSF (AJWx)<br><br>JUDGMENT |

1

The jury having found in favor of defendants David Hunt and Kevin Moore on plaintiff Heidi Scarboro's claims, and all other claims and parties having previously been dismissed,

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of defendants. Plaintiff shall recover nothing from defendants. Defendants shall recover from plaintiff their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

Dated: 5/15/14   _____
Dale S. Fischer
United States District Judge

2